UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK HOOKS,
    PETITIONER,

V.    MAGISTRATE JUDGE _____

BERNARD BRADY,
    RESPONDENT.

04 11541 NG

### PETITIONER'S MOTION TO WAIVE COST AND FILING FEES

Now comes the petitioner respectfully moving this Honorable Court to allow all cost and filing fees to be waived in the instant case. As reasons heretofore, the petitioner states that he is insolvent and unable to pay the cost and/or filing fees which is substantiated by all previous filings of his Habeas Claims into both State and Federal Court.

July 7, 2004

Respectfully submitted,

Frank Hooks
OCCC Minimim
1 Administration Road
Bridgewater, MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK HOOKS,                        )
      PETITIONER,                   )
                                    )
V.                                  )
                                    )
BERNARD BRADY,                      )
      RESPONDENT.                   )

## AFFIDAVIT IN SUPPORT OF MOTION TO WAIVE COST AND FILING FEES

I, Frank Hooks, hereby state the following under the pains and penalities of perjury:

1. I am the Petitioner in the above-entitled action requesting this Honorable Court to allow all cost and fees to be waived in the instant Habeas Corpus Action.

2. That I am incarcerated and insolvent.

3. That in all of my attempts to remedy my Habeas Claims before both State and Federal Court's, I have been allowed to proceed without the payment of the filing fees.

4. That my financial status has not changed.

Signed under the pains and penalties of perjury this 7th day of July 2004.

Respectfully submitted,

*Frank Hooks*
Frank Hooks
OCCC Minimum
1 Administration Road
Bridgewater, MA 02324