UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK HOOKS, )
    PETITIONER, )
)
V. )
)
BERNARD BRADY, )
    RESPONDENT. )

04 11541 NG

APPLICATION FOR THE WRIT OF
HABEAS CORPUS AD SUBJICIENDUM

Now comes the petitioner in the above-entitled action respectfully moving this Honorable Court pursuant to 28 U.S.C.S. §§ 2241-2254 et. seq. hereby requesting that the respondent be ordered to Show cause, within five (5) days as to why said petitioner is being detained from liberty. As reasons heretofore, the petitioner states that he is entitled by law to immediate release where the detention is in violation of his State and Federal Constitutional Rights.

Respectfully submitted,

July 7, 2004

Frank Hooks
OCCC Minimum
1 Administration Road
Bridgewater, MA 02324

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK HOOKS,              )
      PETITIONER,         )
                          )
V.                        )
                          )
BERNARD BRADY,            )
      RESPONDENT.         )
_____)

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM

I, Frank Hooks, hereby state the following under the pains and penalties of perjury:

1. I am the petitioner in the above-entitled action seeking to be released from the respondent's custody pursuant to 28 U.S.C.S. 2241-2254 et. seq.

2. That I have exhausted any and all available State Court remedies to no avail. (Chronology of State Court proceedings provided within the Petition at pages (iii-vi).

3. That the Habeas Claims now being presented before this Honorable Court are identicle to the State Courts.

Signed under the pains and penalties of purjury this 7th day of July 2004.

Respectfully submitted

_Frank Hooks_
Frank Hooks
OCCC Mimimum
1 Administration Road
Bridgewater, MA 02324