```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

FRANK HOOKS,                  )
          Petitioner,         )
                              )
     v.                       )         C.A. No. 04-11541-NG
                              )
BERNARD BRADY,                )
          Respondent.         )
```

PROCEDURAL ORDER

For the reasons set forth below, petitioner's Motion to Waive Costs and Filing Fees is denied. Petitioner is directed to either pay the $5.00 filing fee or submit an application to proceed without prepayment of fees and affidavit accompanied by a copy of his certified prison account statement within forty-two (42) days of the date of this Order or this action shall be dismissed without prejudice.

BACKGROUND

On July 9, 2004, petitioner Frank Hooks, an inmate at Old Colony Correctional Center (minimum), filed his self-prepared habeas pleadings accompanied by a Motion to Waive Costs and Filing Fees. See Docket. The Motion to Waive Costs and Filing Fees was not accompanied by a copy of petitioner's certified prison account statement.

DISCUSSION

A party filing a petition for writ of habeas corpus must either pay the $5 filing fee or file an application to proceed without prepayment of fees. See 28 U.S.C. § 1914(a) (fees); § 1915 (proceedings in forma pauperis). An application to proceed without

prepayment of fees must be accompanied by a document certifying the amount of funds on deposit to the petitioner's credit at his institution of incarceration. Rule 3(a) of the Rules Governing Section 2254 Cases (if petitioner desires to prosecute petition <u>in forma pauperis</u>, he shall file the affidavit required by § 1915 and a certified statement of amount of funds in prisoner's institutional account); <u>see</u> 28 U.S.C. § 1915(a)(2). Because petitioner has not submitted an application to proceed without prepayment of fees accompanied by a copy of his prison account statement, he shall be granted additional time to do so.

ORDER

If petitioner wishes to proceed with this action, he shall, within forty-two (42) days of the date of this Order, submit an application to proceed without prepayment of fees accompanied by the required certified account statement or this action will be dismissed without prejudice for failure to pay the filing fee.

The Clerk shall send petitioner an application to proceed without prepayment of fees and affidavit with this Order.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>11th</u> day of <u>August</u>, 2004.

/s/ Nancy Gertner<br>NANCY GERTNER<br>UNITED STATES DISTRICT JUDGE