

Frank Hooks
Occc Minimum
1 Administration Road
Bridgewater, MA 02324

August 7, 2004

Jennifer Filo, Docket Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Frank Hooks v. Bernard Brady,
    Habeas Corpus C.A. No. 04-CV11541-NG.

Dear Ms. Filo:

On July 7, 2004 I sent my Habeas Petition and other documents to this Court and am uncertain as to whether counsel has been assigned to represent me in this matter.

Please send me a **Docket Entry Sheet** at your earliest convenience.

Thank you kindly for yoyr attention in this important matter.

Sincerely yours,

Frank Hooks