UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANK HOOKS, | ) | U.S.D.C. |
| PETITIONER, | ) | DOCKET NO. 1:04-cv-11541 |
| | ) | |
| V. | ) | |
| | ) | |
| BERNARD BRADY, | ) | |
| RESPONDENT. | ) | |

## REQUEST FOR ISSUANCE OF SHOW CAUSE ORDER

Now comes the petitioner in the above-entitled action respectfully moving this Honorable Court pursuant to 28 U.S.C.S. §§ 2241-2254 et. seq., hereby requesting that above named respondent and/or other persons claiming lawful custody over the petitioner, be ordered to Show Cause, within twenty days (20), including any and all legal documents substantiating lawful custody. As reasons heretofore, the petitioner states that he is entitled by law to immediate release from the care and custody of the Department of Correction, where his detention is in violation of the State and Federal Constitutional Laws.

Respectfully submitted,

September 3, 2004

Frank Hooks