UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANK HOOKS<br>    PETITIONER, | )<br>)<br>) | DOCKET NO. 04-cv-11541-NG |
| V. | )<br>) | |
| BERNARD BRADY,<br>    RESPONDENT. | )<br>)<br>) | |

### PETITIONER'S MOTION FOR AN EVIDENTARY HEARING

Now comes the petitioner in the above-entitled action respectfully moving this Honorable Court pursuant to Title 28 U.S.C.S. § 2243, the instant Market Motion requesting that a heraing hereby be scheduled for the date of October 11, 2004. As reasons heretofore, the petitioner states that although he has not received any notice regarding the issuance of any Service Order, requiring the state Attorney General's Office to respond to his Habeas Petition, he has developed and substantiated the factual bases of his claims and is therefore entitled to a heraing; also, the Respondent, being familure with all aspects of the instant claim, would not be prejudiced if a hearing is finally granted.

Dated: September 17, 2004

Respectfully submitted,

Frank Hooks
OCCC Minimum
1 Administration Road
Bridgewater, MA 02324