UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANK HOOKS, | ) | DOCKET NO. 04-cv-11541-NG |
|     PETITIONER, | ) | |
| V. | ) | |
| | ) | |
| BERNARD BRADY, | ) | |
|     RESPONDENT. | ) | |

### PETITIONER'S HABEAS CORPUS AD TESTIFICANDUM

Now comes the petitioner in the above-entitled action respectfully moving this Honorable Court to Issue an Order Directing the Respondent, (Superintendent of OCCC Minimum) to have the body of Frank Hooks, before this Court on the date of October 11, 2004, at 9:00AM or at the earliest time and date that is congruent with this Court's Calendar, for the purpose of adjudicating the petitioner's claim that the Respondent's custody over his person is in violation of the State and Federal Constitution as ununciated within the petitioner's Petition.

Dated: September 17, 2004

Respectfully submitted,

_Frank Hooks_
Frank Hooks
OCCC Minimum
1 Administration Road
Bridgewater, MA 02324