```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **FRANK HOOKS,** )  |  |
|     **Petitioner,** ) |  |
| ) | |
|     v.  ) | No. 04-cv-11541-NG |
| ) | |
| **BERNARD BRADY,** ) | |
|     **Respondent.** ) | |

GERTNER, D.J.:

### JUDGMENT
### January 31, 2005

Pursuant to this Court's memorandum and order entered on December 2, 2004, [docket entry # 10], petitioner was directed to show good cause why the present action should not be summarily dismissed and why he should not be enjoined from filing further habeas actions without leave of court. Petitioner's response [docket entry # 11] fails to address the Court's clearly stated concerns. Accordingly, petitioner's pending habeas action is hereby DISMISSED WITH PREJUDICE pursuant to Rules 4 and 9 of the Rules Governing Section 2254 Cases in the United States District Courts.

Petitioner has likewise failed to show good cause why he should not be enjoined from filing further habeas actions without leave of court. To prevent further "groundless encroachment upon the limited time and resources of the court and other parties," Elbery v. Louison, 201 F.3d 427, *2 (1st Cir. 1999) (quoting Castro v. United States, 775 F.2d 399, 408 (1st Cir. 1985)), he is hereby ENJOINED from filing further habeas actions without leave of court.

**SO ORDERED.**

Dated: January 31, 2005                    s/ **NANCY GERTNER U.S.D.J.**