```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

FRANK HOOKS,                        )
           Petitioner,              )
                                    )
      v.                            )   C.A. No. 04-11541-NG
                                    )
BERNARD BRADY,                      )
           Respondent.              )
```

MEMORANDUM AND ORDER

By Judgment dated January 31, 2005, the Court dismissed this action with prejudice and enjoined Hooks from filing further habeas actions without leave of court.  Accordingly, it is hereby

ORDERED that petitioner Frank Hooks be precluded from filing any additional habeas actions, or anything resembling such actions, in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the prior written approval of the Miscellaneous Business Docket Judge of the United States District Court for the District of Massachusetts; and it is further

ORDERED that if petitioner Frank Hooks undertakes to file any additional habeas actions in this Court, he shall file a written petition seeking leave of court to do so.  The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing.  The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition; and it is further

ORDERED that petitioner Frank Hooks is advised that failure to comply with these requirements may result in the imposition of additional sanctions, including monetary fines.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>17th</u> day of <u>February</u>, 2005.

```
                           /s/ Nancy Gertner
                          NANCY GERTNER
                          UNITED STATES DISTRICT JUDGE
```